IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**FILED**
MAY 21 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

No. 06-51414

SA04CR425(3)

United States Court of Appeals
Fifth Circuit
**F I L E D**
May 14, 2007
Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SANTOS YANEZ also known as, Puppet

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, San Antonio

---

CLERK'S OFFICE:

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of May 14, 2007, for want of prosecution. The appellant failed to timely pay docketing fee, file motion for certificate of appealability and brief in support of motion.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

By: _____
                      Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2